

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00106-CR

Roman Vasquez
v.
The State of Texas

On appeal from the
139th District Court of Hidalgo County, Texas
Trial Cause No. CR-0346-97-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion.

We further order this decision certified below for observance.

April 21, 2016